UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT KEVIN COMBE,<br><br>Petitioner,<br><br>v.<br><br>MARION FEATHER,<br><br>Respondent. | Case No. C12-843-RSM<br><br>ORDER OF DISMISSAL |

The Court, after careful consideration of petitioner's habeas petition, the Report and Recommendation of the Honorable James P. Donohue, the governing law and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The habeas petition, Dkt. 10, is DENIED, and this case is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

ORDER OF DISMISSAL
PAGE - 1

1 DATED this 2nd day of November 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 2